ject to the court's instructions to the jury. They were quite as favorable to the defendant as they should have been. The court told the jury that if they believed the defendant "did not know" he was assigning invalid leases, or if the jury had "a reasonable doubt about it", they could not convict. Counsel we appointed to conduct this appeal has urged a number of other points, but we find no error affecting substantial rights.

Affirmed.

PER CURIAM.

Finding no error affecting substantial rights in either of these appeals, we affirm the judgment of the District Court.

Affirmed.

George FRANK, t/a Frank's of D. C., Appellant,

v.

WILSON SUPPLY COMPANY, a corporation, Appellee.

WILSON SUPPLY COMPANY, a corporation, Appellant,

v.

George FRANK, t/a Frank's of D. C., Appellee.

Nos. 13462, 13463.

United States Court of Appeals District of Columbia Circuit.

Argued March 12, 1957.

Decided March 14, 1957.

Mr. Charles H. Mayer, Washington, D. C., with whom Mr. Lewis H. Shapiro, Washington, D. C., was on the brief, for George Frank.

Mr. Richard A. Mehler, Washington, D. C., with whom Mr. George J. Goldsborough, Jr., Washington, D. C., was on the brief, for Wilson Supply Co.

Before FAHY, BASTIAN and BURGER, Circuit Judges.

Arthur W. NEWBURY, Appellant,

v.

Harold Robert LOVE, Appellee.

No. 13245.

United States Court of Appeals District of Columbia Circuit.

Argued Dec. 11, 1956.

Decided Feb. 28, 1957.

Petition for Rehearing Denied April 17, 1957.

